UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

DANIEL ZIMMER

JURY TRIAL DEMANDED

v.

CASE NO. 1:14-cv-00234

UNIFUND CCR PARTNERS, UNIFUND
CCR, LLC, PILOT RECEIVABLES
BAUER, GRAVEL, FARNUM
JOHN BALKUNAS, JR.

### STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY/OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

NOW COMES Plaintiff, Daniel Zimmer, by and through counsel, C. Creek Kelsey, Esq., Law in the Public Interest, L3C pursuant to Rule 6(b) of Federal Rules of Civil Procedure, and moves this Court for a 30 day extension to file his Reply/Opposition to Defendants' Motion to Dismiss. Plaintiff consulted by phone with Counsel for Defendants[1] and obtained Defendants' consent hereto on April 7, 2015.

Until recently, the parties were discussing possible settlement of this case and another matter involving most of the same Defendants and this Plaintiff in State Court. ((*Unifund CCR, LLC v Zimmer*, 514-11-13 Wmcv, Zimmer prevailed in State Court trial and in Motion for Reconsideration, Unifund CCR, LLC's has filed notice of appeal.) Settlement negotiations were not successful, and the parties ceased same on or about Friday, 4/3/15. At present, parties intend to litigate the matter.

The relief requested herein is for good cause and will not result in undue delay in the administration of this case.

---

[1] Attorney Killoran was unavailable due to a family emergency. Plaintiff's counsel conferred with Attorney Thomas Nuovo, a partner at Bauer Gravel Farnham, where Ms. Killoran is an associate. Mr. Nuovo contacted Defendants and procured their consent to this Motion.

Wherefore, Plaintiff would request this Court grant the parties' stipulation to extend the date for Plaintiff's responsive filing as described above to May 8, 2015.

Dated at Thetford Center, VT this 7th day of April, 2015.

DANIEL ZIMMER

BY: _____
C. Creek Kelsey, Esq.
Law in the Public Interest, L3C
98 Norford Lake Road
Thetford Center, VT 05075

UNIFUND CCR, LLC

BY: _(To follow from counsel)_____
Nicole A. Killoran, Esq
Bauer, Gravel Farnham
401 Water Tower Circle, #101
Colchester, VT 05446